**Order entered July 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01503-CV

**STEPHEN W. CLARK, Appellant**

**V.**

**DILLARD'S INC. AND THE CAMPBELL AGENCY, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12848**

## ORDER

We **GRANT** appellee The Campbell Agency, Inc.'s July 7, 2014 motion for leave to file sur-reply and **ORDER** the brief be filed no later than July 31, 2014.  No extensions will be granted and no further briefing will be allowed unless ordered by the Court.

/s/      ELIZABETH LANG-MIERS
         JUSTICE